UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-20701-CIV-BLOOM/OTAZO-REYES

PABLO COMAS,

    Plaintiff,

v.

CHRIS'S AUTO SALES CORP.,
SACHA BROCHE,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant Sacha Broche's ("Ms. Broche") correspondence to the Court dated September 14, 2022 (hereafter, "Letter") [D.E. 40]. On August 15, 2022, the undersigned issued an Order permitting Ms. Broche to file within thirty (30) days a motion to set aside, as to her, the Default Final Judgment [D.E. 26] entered in this case. See Order [D.E. 38]. Upon review of the Letter, the undersigned construes it as Ms. Broche's motion to set aside, as to her, the Default Final Judgment entered in this case (hereafter, "Motion"). It is further

ORDERED AND ADJUDGED that, **within fourteen (14) days from the date of this Order**, Plaintiff Pablo Comas SHALL RESPOND to the Motion [D.E. 40].

DONE AND ORDERED in Chambers at Miami, Florida this 16th day of September, 2022.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:

United States District Judge Beth Bloom
Counsel of Record

Copies furnished by mail to:

CHRIS'S AUTO SALES CORP.
c/o ACCUTAX ADVISORY CORP, its Registered Agent
3801 Hollywood Blvd
Pembroke Pines, FL 33021

SACHA BROCHE
9300 NW 27th Avenue
Miami, FL 33147